L.B.F. 9014-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| CAROLYN MARIE MCFADDEN, | : | |
| CAROLYN M. MCFADDEN, | : | **CASE NO. 22-12512** |
| CAROLYN MCFADDEN, | : | |
| Debtor(s) | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Debtor, Carolyn Marie McFadden has filed a Motion to Modify Confirmed Plan seeking to make a proposed Fourth Amended Chapter 13 Plan the Confirmed plan, as Modified.**

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **August 08, 2023 you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to held on **August 10, 2023,** a**t 10:00 A.M**. **in the Fourth Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice. **(August 08, 2023)**

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Robert Kidwell, Esq.
    Newman Williams Law Office
    712 Monroe Street
    PO Box 511
    Stroudsburg, PA 18360
    Phone: (570) 421-9090
    Fax: (570) 424-9739
    rkidwell@newmanwilliams.com


Date:   July 18, 2023

/s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Newman Williams, P.C.
712 Monroe Street
PO Box 511
Stroudsburg, PA  18360
Phone: (570) 421-9090
Fax: (570) 424-9739
rkidwell@newmanwilliams.com